Case 1:24-cv-00934-MKV   Document 4   Filed 03/04/24   Page 1 of 2
2:18-mn-02873-RMG   Date Filed 03/12/24   Entry Number 4676   Page 1 of 2
Case MDL No. 2873   Document 2425   Filed 03/04/24   Page 1 of 2

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: AQUEOUS FILM–FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2873 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –176)**

On December 7, 2018, the Panel transferred 75 civil action(s) to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 357 F.Supp.3d 1391 (J.P.M.L. 2018). Since that time, 684 additional action(s) have been transferred to the District of South Carolina. With the consent of that court, all such actions have been assigned to the Honorable Richard M. Gergel.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of South Carolina and assigned to Judge Gergel.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of South Carolina for the reasons stated in the order of December 7, 2018, and, with the consent of that court, assigned to the Honorable Richard M. Gergel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of South Carolina. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Tiffaney D. Pete
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Mar 04, 2024

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY
ATTEST: ROBIN L. BLUME, CLERK

BY: Sandra S. Shealy
DEPUTY CLERK

Case 1:24-cv-00934-MKV   Document 4   Filed 03/04/24   Page 2 of 2
2:18-mn-02873-RMG   Date Filed 03/12/24   Entry Number 4676   Page 2 of 2
Case MDL No. 2873   Document 2425   Filed 03/04/24   Page 2 of 2

IN RE: AQUEOUS FILM–FORMING FOAMS
PRODUCTS LIABILITY LITIGATION  MDL No. 2873

SCHEDULE CTO–176 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| COLORADO | | | |
| CO | 1 | 24–00255 | Stratmoor Hills Water District v. USA |
| NEW YORK NORTHERN | | | |
| NYN | 3 | 24–00130 | Village of Johnson City v. The United States of America |
| NEW YORK SOUTHERN | | | |
| NYS | 1 | 24–00934 | Delgado et al v. The 3M Company et al |
| NYS | 7 | 24–00937 | Town of Mount Pleasant v. AGC Chemicals Americas Inc. et al |
| WASHINGTON EASTERN | | | |
| WAE | 2 | 24–00039 | West Prairie Village MHP LLC et al v. United States of America |